IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONICA R. HAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:12-CV-1471-M-BH |
| | ) | |
| K104, | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Even if the plaintiff's claim in her objections that the defendant hacked into her cell phone is very liberally construed as an attempt to amend her complaint to add a federal cause of action for violation of the Electronic Communications Privacy Act of 1986, 18 U.S.C. §§ 2510–2521 (ECPA), she has failed to plead enough facts to state a plausible claim for relief against the defendant under this statute. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Any such claim is therefore *sua sponte* dismissed as frivolous under 28 U.S.C. § 1915(e)(2). By separate judgment, the plaintiff's claims will be **DISMISSED**.

SO ORDERED this 5th day of July, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS